Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 CCPA 152, C.A.D. 750), the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION, MARCH 14, 1963

**No. 67510.**—Dolliff & Company et al. *v.* United States, protests 309088–K, etc. (Boston).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of miniature railroad equipment, which includes locomotives and other railroad cars, tracks, and accessories, similar in all material respects to that the subject of *United States* v. *Polk's Model Craft Hobbies, Inc., et al.* (47 CCPA 137, C.A.D. 746), the merchandise was held dutiable as follows: The items marked "A" or "B" at 22½ percent under the provision in paragraph 397, as modified by the General Agreement on Tariffs and Trade (T.D. 51802), for manufactures of metal; the items marked "C" at 13¾ percent under the provision in paragraph 353, as modified by T.D. 52739, for metal articles having as an essential feature an electrical element or device; the items marked "D" at 12½ percent under the provision in paragraph 353, as modified by T.D. 52739, for transformers; and the items marked "E" at 17½ percent under the provision in paragraph 353, as modified by T.D. 52739, for electrical wiring apparatus, as claimed.

BEFORE THE SECOND DIVISION, MARCH 14, 1963

**No. 67511.**—Seedman International Corp. *v.* United States, protest 60/12481 (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the

subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 CCPA 152, C.A.D. 750), the claim of the plaintiff was sustained.

**No. 67512.**—Lipman's *v.* United States, protests 60/18408 and 60/18851 (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of constituent and integral parts of toilet-box assemblies the same in all material respects as those the subject of *The Durst Mfg. Co., Inc.* v. *United States* (36 Cust. Ct. 220, C.D. 1778), the claim of the plaintiff was sustained.

MARCH 14, 1963

**No. 67513.**—A. E. Coppersmith *v.* United States, protest 59/5940. C.D. 2381. Plaintiff's application for rehearing denied.

BEFORE THE SECOND DIVISION, MARCH 19, 1963

**No. 67514.**—Corrigan Dispatch Company *v.* United States, protest 61/24769 (Laredo).

Opinion by RAO, J. It was stipulated that only specified percentages of the merchandise have a staple of 1⅛ inches or more in length, subject to the additional duty. As to the remainder of the merchandise, the claim of the plaintiff was sustained.

**No. 67515.**—Spiegel Bros. Corp. *v.* United States, protest 62/11697 (New York).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of crowbars similar in all material respects to those the subject of *United States* v. *National Carloading Corp. et al.* (48 CCPA 70, C.A.D. 767), the claim of the plaintiff was sustained.